**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 11, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00541-CV

---

## IN RE STEVEN HOTZE, M.D., HONORABLE SID MILLER, GERRY MONROE, RANDOLPH PRICE, ALAN HARTMAN, ALAN VERA, AND GREGORY BLUME, Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
Harris County, Texas**

---

## MEMORANDUM OPINION

On September 24, 2021, relators Steven Hotze, M.D., Hononable Sid Miller, Gerry Monroe, Randolph Price, Alan Hartman, Alan Vera, and Gregory Blume filed a petition for writ of mandamus in this court. *See* Tex. Elec. Code Ann. § 273.061. In the petition, relators complain that Isabel Longoria, Elections Administrator,

Harris County, Texas, is sending applications to vote by mail to all registered voters age 65 and older. Relators ask this court to compel Longoria to send applications to vote by mail only to those who request them.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also dismiss Longoria's motion to dismiss as moot.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.